PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent, v. B. L. M. HOLDING CORPORATION, Appellant, et al., Defendants.— No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK DE SOUZA, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KOVNER, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM M. LAMM, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX LEVY, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLGA VITTORIA, Respondent, against ROBERT McQUEEN, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

DOROTHY STEINER et al., Respondents, v. DOMENIC J. VALENTINE, Doing Business as VALENTINE'S EXPRESS COMPANY, et al., Appellants.— No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.